UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHONDA RUCKER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PROG FINANCE CALIFORNIA, LLC,<br><br>　　　　　　　Defendant. | Case No. 1:16-cv-00047 - - - JLT<br><br>**ORDER CLOSING CASE**<br><br>(Doc. 13) |

On June 9, 2016, the parties filed a stipulation to dismiss the action with prejudice. The parties rely on Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (Doc. 13) Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

　Dated:　**June 9, 2016**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE